Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERS HEALTH & WELFARE TRUST, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>KELAYE CONCRETE LLC,<br><br>Defendant. | No. C15-1866RAJ<br><br>MINUTE ORDER<br>TO SHOW CAUSE |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

The complaint in the above-captioned matter was filed on November 25, 2015. To date, there is no showing that proper service of the summons and complaint has been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause by **MARCH 9, 2016**, why this matter should not be dismissed without prejudice for failure to prosecute

DATED this 2nd day of March, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER
TO SHOW CAUSE – 1