The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>KELAYE CONCRETE LLC, a Washington limited liability company, UBI No. 603213162, Contractor's License No. KELAYCL876K2,<br><br>Defendant. | NO.  2:15-cv-01866-RAJ<br><br>**PLAINTIFF TRUSTS' RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiffs Boards of Trustees provides this response to the Court's Show Cause Order at Dkt.3.

The plaintiffs served the employer, Kelaye Concrete, LLC ("Kelaye"), on December 4, 2015 (*see* Dkt. No 4).  The plaintiffs have not sought a default because that they have been trying to work with Kelaye and its attorney to resolve this case.  See Exhibit A to the Declaration of Noelle Dwarzski.

RESPONSE TO ORDER TO SHOW CAUSE –
Cause No. 2:15-cv-01866-RAJ - 1

5000 346 rc090602

McKENZIE ROTHWELL  BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



The plaintiffs apologize for any inconvenience this may have caused the Court. The plaintiffs intend to fully prosecute this case.

DATED THIS 9th day of March, 2016.

     *s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA # 40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
Attorneys for Plaintiff Trusts
1325 Fourth Ave., Suite 910
Seattle, WA 98101

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this 9th day of March, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all parties registered with CM/ECF in this matter. Defendant Kelaye Concrete, LLC has not yet appeared in the suit.

Dated this 9th day of March, 2016, at Seattle, Washington.

     */s/ Noelle E. Dwarzski*
Noelle E. Dwarzski  WSBA No. 40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
Attorneys for Plaintiffs

RESPONSE TO ORDER TO SHOW CAUSE –
Cause No. 2:15-cv-01866-RAJ - 2

5000 346 rc090602

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900