The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KELAYE CONCRETE LLC, a Washington limited liability company, UBI No. 603213162, Contractor's License No. KELAYCL876K2,<br><br>Defendant. | NO.  2:15-cv-01866-RAJ<br><br>**MOTION FOR ORDER OF DEFAULT** |

Plaintiffs Boards of Trustees of the Cement Masons & Plasterers Health & Welfare Trust, Cement Masons and Plasterers Retirement Trust, Western Washington Cement Masons Journeyman and Apprentice Training Trust, and Washington Construction Industry Substance Abuse Program Funds move the Court to enter an order adjudging defendant Kelaye Concrete LLC to be in default.  This motion is based on the pleadings and documents on file, and on the declaration of Noelle E. Dwarzski, one of the plaintiffs' attorneys.

MOTION FOR ORDER OF DEFAULT –
Cause No. 2:15-cv-01866-RAJ - 1

5000 346 rc251201

McKENZIE ROTHWELL  BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Dated: March 25, 2016

/s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this 25th day of March, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all parties registered with CM/ECF in this matter. Defendant Kelaye Concrete LLC has not appeared in this matter.

Dated this 25th day of March, 2016, at Seattle, Washington.

/s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
Attorneys for Plaintiffs

MOTION FOR ORDER OF DEFAULT –
Cause No. 2:15-cv-01866-RAJ - 2

5000 346 rc251201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900