The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KELAYE CONCRETE LLC,<br><br>Defendant. | NO. 2:15-cv-01866-RAJ<br><br>ORDER OF DEFAULT |

In accordance with plaintiffs' motion, the Court having considered the pleadings on file, and the Declaration of Noelle E. Dwarzski, plaintiffs' counsel, and being otherwise generally advised, the Court finds that defendant Kelaye Concrete LLC was served with a copy of the Summons and Complaint on December 4, 2015, has not appeared and has not filed a responsive pleading or applied to this Court for any Order and, therefore, it is ORDERED that defendant Kelaye Concrete LLC, be and hereby is in default.

DATED this 28th day of March, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

By:   */s/ Victoria Ericksen*
Deputy Clerk

ORDER OF DEFAULT –
Cause No. 2:15-cv-01866-RAJ - 1

5000 346 rc251203



McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900