Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*,

  Plaintiffs,

v.

KELAYE CONCRETE LLC,

  Defendant.

No. C15-1866RAJ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

The Court notes that an Order of Default was entered against Defendant Kelaye Concrete LLC on March 28, 2016, with no further action since that time.

Plaintiffs must file a motion for default judgment or other relief against Defendant by **JUNE 7, 2016**, or show cause by that date why entry of default judgment is not appropriate at this time. If no such motion is filed, the Court will dismiss Plaintiffs' action against Defendant for failure to prosecute.

DATED this 24th day of May, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

By:  */s/ Victoria Ericksen*
  Deputy Clerk

MINUTE ORDER – 1